UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JUDITH M. BARZILAY, JUDGE

|  |  |  |
|---|---|---|
| FORD MOTOR COMPANY | : | |
| Plaintiff, | : | Court No. 03-0115 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant, | : | |

## **ORDER**

Upon reading plaintiff's motion for oral argument on the parties cross-motions, and defendant's response thereto; and upon other papers and proceedings had herein, it is hereby

ORDERED that plaintiff's motion be, and hereby is, DENIED.

                                                                                  JUDGE

Dated: New York, New York
       This ___ day of _____, 2009.

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JUDITH M. BARZILAY, JUDGE

| | |
|---|---|
| FORD MOTOR COMPANY | |
| Plaintiff, | Court No. 03-0115 |
| v. | |
| UNITED STATES, | |
| Defendant, | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR**
**ORAL ARGUMENT ON THE PARTIES' CROSS-MOTIONS**

Inasmuch as the issues in this case have been thoroughly briefed by the parties and the materials necessary for this Court's determination are set forth in the parties' cross-motions, the Government does not believe that oral argument is warranted. However, should this Court determine that oral argument is needed to aid it in its determination of the cross-motions, we will, of course, defer to the discretion of the Court.

WHEREFORE, defendant respectfully requests that plaintiff's motion for oral argument filed on November 17, 2009 be denied.

DATED: New York, New York
          November 19, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

/s/ Barbara S. Williams
By: BARBARA S. WILLIAMS
Attorney in Charge
International Trade Field Office

OF COUNSEL:
BETH BROTMAN, Attorney
Office of the Assistant
Chief Counsel
International Trade Litigation
U.S. Customs and Border Protection

/s/ Edward F. Kenny
EDWARD F. KENNY
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza
New York, New York 10278
Attorneys for Defendants
Tel. No. 212-264-9230 or 0480

## CERTIFICATE OF SERVICE

EDWARD F. KENNY certifies that: I am a trial attorney in the office of the Assistant Attorney General, Civil Division, Commercial Litigation Branch, International Trade Field Office, with offices located at 26 Federal Plaza -- Suite 346, New York, NY 10278, and that on November 19, 2009, on behalf of the United States, defendant herein, I caused the annexed Defendant's Response to Plaintiff's request for oral argument, in Court No. 03-0115 to be served upon:

> Robert B. Silverman, Esq.
> GRUNFELD, DESIDERIO, LEBOWITZ
> & SILVERMAN, LLP
> 399 Park Avenue, 25th Floor
> New York, NY 10017

the attorneys for the plaintiff herein by the deposit of a copy thereof in a United States mail receptacle, properly enclosed in a secure envelope, duly franked or postage prepaid, addressed to said attorneys as above indicated.

        /s/ Edward F. Kenny
        Edward F. Kenny