UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JUDITH M. BARZILAY, JUDGE

| | |
|---|---|
| FORD MOTOR COMPANY, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Court No. 03-00115 |

### ORDER

Upon consideration of Plaintiff's Motion for Oral Argument, and Defendant's Response thereto, it is hereby

ORDERED that said motion is GRANTED, and it is further

ORDERED that oral argument shall take place on February 17, 2010, in Courtroom _3_ at _10_, o'clock _a_.m.

/S/   Judith M. Barzilay
          Judge

Dated: November 24, 2009
New York, New York

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order of judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment together with any papers required by USCIT Rule 79(c), in a securely closed endorsed penalty cover in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

Date: 11/24/09

Tina Potito Kimble
Clerk of the Court
By: _____
Deputy Clerk